IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
        v.                    )
                              )      Criminal No. 21-110
KHALED MIAH,                  )
                              )
        Defendant.            )

<u>VERDICT</u>

AND NOW, this __17__ day of __DECEMBER__, 2021, we, the Jurors empaneled in the above captioned case, hereby find the defendant, Khaled Miah:

1. As to Count One (Interstate Threats – On or about December 27, 2020)

   _____ Not Guilty

   ____✓_____ Guilty


2. As to Count Two (Interstate Threats – On or about December 28, 2020)

   _____ Not Guilty

   ____✓_____ Guilty


3. As to Count Three (Interstate Threats – On or about December 29, 2020)

   _____ Not Guilty

   ____✓_____ Guilty

4. As to Count Four (Interstate Threats – On or about December 30, 2020)

_____ Not Guilty

____✓____ Guilty

5. As to Count Five (Interstate Threats – On or about December 31, 2020)

_____ Not Guilty

____✓____ Guilty

6. As to Count Six (Influencing and/or Retaliating Against a Federal Officer by Threat – On or about December 30, 2020)

____~~####~~____ Not Guilty

____✓____ Guilty

7. As to Count Seven (Influencing and/or Retaliating Against a Federal Officer by Threat – On or about December 31, 2020)

____✓____ Not Guilty

_____ Guilty

8. As to Count Eight (Destruction or Alteration of Records in a Federal Investigation – From on or about October 5, 2020 to and including January 1, 2021)

_____ Not Guilty

\_\_\_✓\_\_\_\_ Guilty