IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-110 |
| | ) | Judge W. Scott Hardy |
| | ) | |
| KHALED MIAH | ) | |

**POSITION OF GOVERNMENT WITH RESPECT TO SENTENCING FACTORS**

AND NOW comes the United States of America, by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Jessica Lieber Smolar and Nicole Ann Stockey, Assistant United States Attorneys for said District, and Dmitriy Slavin, Trial Attorney, National Security Division, and files the following Position Regarding Sentencing in the above-captioned case.

Government counsel has received and reviewed the contents of the Presentence Investigation Report for the above-captioned case and has no objections or requests for modification to the Presentence Investigation Report.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney

*s/ Jessica Lieber Smolar*
JESSICA LIEBER SMOLAR
Assistant U.S. Attorney
PA ID No. 65406

*s/ Nicole Ann Stockey*
NICOLE ANN STOCKEY
Assistant United States Attorney
PA ID No. 306955

*s/ Dmitriy Slavin*
Dmitriy Slavin
Trial Attorney
National Security Division
Counterterrorism Section
DC 1017559